DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DARREN K. EDWARDS,**
Appellant,

v.

**GUARDIANSHIP OF CARRIE MAE HICKS,**
Appellee.

No. 4D18-3283

[October 17, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Mark A. Speiser, Senior Judge; L.T. Case No. PRC 07-0005967.

Darren K. Edwards, Fort Lauderdale, pro se.

Tieesha N. Taylor of Elderly Care Law Firm, Miami, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CIKLIN and GERBER, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***